UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KURT M. DEPEE,

    Plaintiff,

    v.

SKOOKUM INC.,

    Defendant.

Case No. C05-5297FDB

ORDER OF DISMISSAL

    Plaintiff has failed to respond to the Court's Order to Show Cause of January 18, 2006. In accordance with that Order, this cause of action is DISMISSED for failure to respond to the Court's Orders. SO ORDERED.

    DATED this 1st day of March, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1